3

SLT
F.# 2007R00229

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -

NIKOLAI DOZORTSEV,
   also known as "Nicky" and "Kolja,"
ARTHUR DOZORTSEV,
BORIS NAYFELD, and
ROBERTO ALCAINO,

         Defendants.

- - - - - - - - - - - - - - - - - - -X

O R D E R

M-07-1123

      Upon the application of BENTON J. CAMPBELL, United States Attorney for the Eastern District of New York, by Assistant United States Attorney STEVEN TISCIONE, it is hereby

      ORDERED that the complaint and affidavit in support of an application for an arrest warrant in the above-captioned case be unsealed forthwith.

Dated:    Brooklyn, New York
          January 23 2008

                                             EASTERN DISTRICT OF NEW YORK